DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Bailey, Amber A

Case No. 07-00804-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $130.90, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Bailey, Amber A | 1504 S. Carlton<br>FARMINGTON, NM 87401 | $130.90 |

Dated: August 12, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4874875      8-20-10      # 130.90*